IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> REMCO BOOM and RENZE DEELSTRA, <br><br> Defendants. | Civil Action No. 3:15-cv-202 |

**ORDER**

This matter is before the Court to address a deadline for Defendant Remco Boom ("Boom") to file an Answer or otherwise respond to the Complaint. The Complaint was filed in this case on May 4, 2015, and the Summons and Complaint were duly served upon the Defendant Boom on August 7, 2015. On August 25, 2015 Defendant sent a letter to the court in which he appeared to request an extension of time to answer or otherwise respond. Since that time no answer or other pleading has been filed by Defendant as required by law.

Therefore, it is hereby ordered that Defendant has until December 18, 2015 to answer or otherwise respond to the Complaint. If he does not answer, the Receiver may pursue a default if he deems it appropriate.

Signed: December 10, 2015

Graham C. Mullen
United States District Judge